IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Larry Orchard Smith,<br><br>    Plaintiff,<br><br>vs.<br><br>Joseph M. Arpaio, et al.,<br><br>    Defendants. | No. CV 06-0193-PHX-JWS (ECV)<br><br>**ORDER** |

     Plaintiff has filed a motion titled "Smith's Separate Statement of Discovery Request in Issue" (Doc. #16). In the motion, Plaintiff asks the court to order Defendant Arpaio to produce the names of other jail officials. Defendant Arpaio, however, has not been served in this action because Plaintiff has not returned the service packet that was sent to him on May 18, 2006. Once Defendant Arpaio is served, Plaintiff may submit discovery requests to him as permitted by the Federal Rules of Civil Procedure. Until Defendant Arpaio is served, the court may not impose discovery obligations on him. Plaintiff's motion will be denied.

///

///

///

///

///

1 **IT IS THEREFORE ORDERED:**

2 That "Smith's Separate Statement of Discovery Request in Issue" (Doc. #16) is
3 **denied**.

4 DATED this 29th day of June, 2006.

Edward C. Voss
United States Magistrate Judge